

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00614-CV

Hector **GONZALEZ**,
Appellant

v.

**ATENEA CAPITAL MARKETS FUND, LP**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13872
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ordered that appellee Atenea Capital Markets Fund, LP recover its costs of this appeal from appellant Hector Gonzalez.

SIGNED October 28, 2015.

_Karen Angelini_
Karen Angelini, Justice